UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| NEW ENGLAND PAYMENTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE CREDIT WHOLESALE COMPANY, INC. d/b/a WHOLESALE PAYMENTS, <br><br> Defendant. | No. 5:24-CV-004-H |

## ORDER OF DISMISSAL

Before the Court is the parties' Joint Stipulation for Dismissal of Case with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dkt. No. 20. The joint stipulation is approved. It is ordered that the plaintiff's claims against the defendant and the defendant's counterclaims against the plaintiff are dismissed with prejudice, and the Clerk of Court is directed to close this case. The parties shall each bear their own costs and attorneys' fees.

So ordered on June  3 , 2024.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE